IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 14-11111-AA

_____

CURTIS J. COLLINS,

                                      Plaintiff - Appellant,

versus

EQUABLE ASCENT FINANCIAL, LLC, et al.,

                                      Defendants,

EXPERIAN INFORMATION SOLUTIONS, INC.,

                                      Defendant - Appellee.

_____

Appeal from the United States District Court
for the Northern District of Alabama

_____

ORDER:

    The National Consumer Law Center's motion to file amicus brief in support of appellant's petition for rehearing is *denied*.

                                                     _____
                                                     UNITED STATES CIRCUIT JUDGE