FILED BY ____ D.C.

DEC 01 2016

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

# IN THE UNTED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:16-cv-80870 ZLOCH/HUNT

JOSEPH L. WORRELL, And Military Dependents,
Jointly and Severally,
      Plaintiffs,

v.

EMIGRANT MORTGAGE COMPANY, INC.,
BECKER & POLIAKOFF, P.A.,
ROBIN R. WEINER, ESQ.,
ALAN J. FISHER, PA.
      Defendants.

---

## NOTICE OF APPEAL TO
## THE ELEVENTH CIRCUIT COURT OF APPEALS

Plaintiff, Joseph L. Worrell, appeals to the Eleventh Circuit Court Of Appeals from the final order of the United States District Court for the Southern district of Florida, entered in this case on November 14, 2016.

The Order [DE 64] vacates the default [DE # 48], entered against Defendant ALAN J. FISHER, P.A. (AJFPA) on October 14, 2016, pursuant to Rule 55 of the Federal Rules of Civil Procedure.

The parties to the order appealed from and the names and addresses of their respective attorneys are as shown on the attached service list.

Dated: Thursday December 1, 2016.   Respectfully submitted:

_____
Joseph L. Worrell

Service list:

**1.**
Becker & Poliakoff, P.A
121 Alhambra Plaza Suite 1000
Coral Gables, Florida 33134

**2.**
Robin R. Weiner, Esq.
Standing Chapter 13 US Trustee
1776 North Pine Island Road
Suite 200
Plantation, Florida 33322

**3.**
Alan J. Fisher, PA,
7200 W. Camino Real
Suite 102
Boca Raton, FL 33433

**4.**
U.S. Trustee, 51 SW 1st Ave, Suite 900, Miami, FL 33130
Southern District of Florida
Attention: Steven R. Turner, Assistant U.S. Trustee

Case: 9:16-cv-80870-WJZ Document #: 64 Entered on FLSD Docket 11/14/2016 Page 1 of 1
Case 9:16-cv-80870-WJZ Document 68 Entered on FLSD Docket 12/02/2016 Page 3 of 3
Case: 16-17394    Date Filed: 12/02/2016    Page: 3 of 3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-80870-CIV-ZLOCH

JOSEPH LLEWELLYN WORRELL,

      Plaintiff,

vs.                                        **O R D E R**

BECKER & POLIAKOFF, P.A.,
et al.,

      Defendants.
_____/

    THIS MATTER is before the Court upon Defendant Alan J. Fisher, P.A.'s Amended Motion To Vacate Default (DE 63). The Court has carefully reviewed said Motion, the entire court file and is otherwise fully advised in the premises.

    Accordingly, after due consideration, it is

    **ORDERED AND ADJUDGED** as follows:

    1. Defendant Alan J. Fisher, P.A.'s Amended Motion To Vacate Default (DE 63) be and the same is hereby **GRANTED**;

    2. The Court's Default As To Defendant Alan J. Fisher, P.A. (DE 48) be and the same is hereby **VACATED**, set aside, and of no further force or effect; and

    3. Defendant Alan J. Fisher, P.A.'s Motion To Dismiss Counts I, II, and III Of Plaintiff's Complaint And Motion To Strike Plaintiff's Claim For Punitive Damages (DE 61) is hereby deemed timely filed.

    **DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this ___14th___ day of November, 2016.

                                  */s/ William J. Zloch*
                                  WILLIAM J. ZLOCH
                                  United States District Judge

Copies furnished:

All Counsel of Record